■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v THOMAS DWYER, Respondent.—Order of the Supreme Court, Kings County, entered January 7, 1974, affirmed (People v Corrado, 22 NY2d 308, mot for lv to rearg den 23 NY2d 921; People v Vassallo, 46 AD2d 781). Rabin, Acting P. J., Hopkins, Martuscello, Christ and Brennan, JJ., concur. [76 Misc 2d 401.]